# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRANSITIONAL HOSPITALS
CORPORATION OF NEVADA, LLC,
D/B/A KINDRED HOSPITAL LAS
VEGAS-FLAMINGO CAMPUS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
   and
ANITA GALAVIZ, DECEASED, BY AND
THROUGH ELPIDIO GALAVIZ, HER
HEIR AND NEXT OF KIN,
Real Party in Interest.

No. 81363

FILED

JUL 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying petitioner's motion to dismiss on the basis that real party in interest's tort complaint sounds in negligence and falls within the scope of NRS 41A.015—requiring an expert affidavit.

Having considered petitioner's arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioner

has an adequate remedy in the form of an appeal from a final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.       _____ , J.
Hardesty                    Stiglich

cc:    Hon. Ronald J. Israel, District Judge
       Giovanniello Law Group
       Gazda & Tadayon
       Eighth District Court Clerk